# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 11 |
| **KNOTEL, INC.,** ***et al.,*** | Case No. 21-10146 (MFW) |
| **Debtors.** [1] | Jointly Administered |
| | **Re: Docket No. 1259** |

## ORDER DISMISSING THE CHAPTER 11 CASES OF THE DISMISSED DEBTORS

Upon consideration of the *Joint Combined Second Amended Chapter 11 Plan of Liquidation and Disclosure Statement* (the "Combined Plan and Disclosure Statement") filed by Knotel, Inc., Knotel Canada, Inc. and 42Floors LLC (together, the "Liquidating Debtors") and the Official Committee of Unsecured Creditors (the "Committee," and along with the Liquidating Debtors, the "Plan Proponents") [D.I. 1245] filed on June 28, 2021; and at the Combined Hearing held on June 29, 2021, the Bankruptcy Court having determined that confirmation of the Combined Plan and Disclosure Statement is appropriate,

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to sections 305(a) and 1112(b) of the Bankruptcy Code, the Dismissed Debtors' cases, attached hereto at **Exhibit 1** (collectively, the "Dismissed Cases"), are hereby dismissed effective as the earlier of entry of this Order or the Effective Date of the Combined Plan and Disclosure Statement.

2. Notwithstanding section 349 of the Bankruptcy Code, all prior orders, including the Confirmation Order, stipulations, settlements, rulings, orders and judgments of the Bankruptcy

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.omniagentsolutions.com/knotel or, alternatively, via the Bankruptcy Court at https://ecf.deb.uscourts.gov/cgi-bin/login.pl with a Public Access to Court Electronic Records ("PACER") account, which may be obtained at https://pacer.uscourts.gov.  The Debtors' service address in these chapter 11 cases is 9 East 8th Street, Box 113, New York, NY 10003.

Court made during the course of the Chapter 11 Cases, including with respect to the Dismissed Debtors and the Dismissed Cases, shall remain in full force and effect, shall be unaffected by the dismissal, and are specifically preserved for purposes of finality of judgment and *res judicata*.

3. Within fifteen (15) days of the dismissal of the Dismissed Cases, the Dismissed Debtors shall pay any and all fees that are due and owing pursuant to 28 U.S.C. § 1930(a)(6).

4. The Dismissed Debtors shall comply with all reporting obligations and file any outstanding reports for the pre-dismissal period within thirty (30) days of the dismissal.

5. The Dismissed Debtors shall be deemed dissolved without the need for any filings with the Secretary of State or other requisite governmental official in each of the Dismissed Debtors' respective jurisdictions.

6. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: June 29th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE