## Exhibit 1

### Dismissed Debtors

| Debtor Name | Case No. |
| --- | --- |
| 100 Bush St SF LLC | 21-10147 |
| 101 Fifth Ave NYC LLC | 21-10148 |
| 101 Montgomery St SF LLC | 21-10149 |
| 10301 Jefferson Blvd LA LLC | 21-10150 |
| 110 W 32nd NYC LLC | 21-10151 |
| 1100 Glendon LA LLC | 21-10152 |
| 1120 20th St DC LLC | 21-10153 |
| 116 W 32nd NYC LLC | 21-10154 |
| 12 E 33 St NYC LLC | 21-10155 |
| 12121 Bluff Creek LA LLC | 21-10156 |
| 12211 Washington LA LLC | 21-10157 |
| 125 Fifth Ave NYC LLC | 21-10158 |
| 1250 Eye St DC LLC | 21-10159 |
| 12555 West Jefferson Way LA LLC | 21-10160 |
| 126 Post St SF LLC | 21-10161 |
| 129 W 29th NYC LLC | 21-10162 |
| 131 Rodeo 102 LA LLC | 21-10163 |
| 131 Rodeo 250 LA LLC | 21-10164 |
| 13160 Mindanao Way LA LLC | 21-10165 |
| 1317 5th St LA LLC | 21-10166 |
| 1330 Conn Ave DC LLC | 21-10167 |
| 1407 Broadway NYC LLC | 21-10168 |
| 142 Berkeley St BOS LLC | 21-10169 |
| 1444 Market St SF LLC | 21-10170 |
| 146 Geary St SF LLC | 21-10171 |
| 152 W 25 NYC LLC | 21-10172 |
| 1550 Bryant St SF LLC | 21-10173 |
| 1556 20th LA LLC | 21-10174 |
| 16 W 36 St NYC LLC | 21-10175 |
| 1625 Oly Blvd LA LLC | 21-10176 |
| 1640 Sepulveda LA LLC | 21-10177 |
| 166 Geary St SF LLC | 21-10178 |
| 1720 Eye St DC LLC | 21-10179 |
| 1725 Montgomery St SF LLC | 21-10180 |
| 19 W 44th NYC LLC | 21-10181 |
| 195 Broadway NYC LLC | 21-10182 |

| | |
|---|---|
| 2 Liberty Sq BOS LLC | 21-10183 |
| 22 W 21 ST NYC LLC | 21-10184 |
| 2228 Cottner LA LLC | 21-10185 |
| 23 W 20th NYC LLC | 21-10186 |
| 239 Causeway St Boston LLC | 21-10187 |
| 240 W 35th NYC LLC | 21-10188 |
| 240 W 40 St NYC LLC | 21-10189 |
| 250 Montgomery St LLC | 21-10190 |
| 259 W 30TH NYC LLC | 21-10191 |
| 26 W 17th St NYC LLC | 21-10192 |
| 260 W 39th NYC LLC | 21-10193 |
| 275 Battery St SF LLC | 21-10194 |
| 28 W 25 NYC LLC | 21-10195 |
| 29 W 35th St NYC LLC | 21-10196 |
| 295 Madison NYC LLC | 21-10197 |
| 30 W 21 St NYC LLC | 21-10198 |
| 300 Broadway St SF LLC | 21-10199 |
| 300 Montgomery St SF LLC | 21-10200 |
| 301 Brannan St SF LLC | 21-10201 |
| 303 Second St SF LLC | 21-10202 |
| 3137 S La Cienega Blvd LA LLC | 21-10203 |
| 320 Lincoln LA LLC | 21-10204 |
| 3309 La Cienega Place LA LLC | 21-10205 |
| 333 Broadway SF Tenant LLC | 21-10206 |
| 350 Sansome St SF LLC | 21-10207 |
| 3535 Hayden Ave LA LLC | 21-10208 |
| 360 Madison NYC LLC | 21-10209 |
| 369 Lexington Ave NYC LLC | 21-10210 |
| 390 Broadway NYC LLC | 21-10211 |
| 40 Broad St BOS LLC | 21-10212 |
| 400 Sutter St SF LLC | 21-10213 |
| 405 E 4th Avenue SM LLC | 21-10214 |
| 405 Howard Street SF LLC | 21-10215 |
| 429 Santa Monica Blvd LA LLC | 21-10216 |
| 44 E 32nd Street NYC LLC | 21-10218 |
| 44 Thomson Pl BOS LLC | 21-10219 |
| 447 Broadway NYC LLC | 21-10220 |
| 45 W 45 ST NYC LLC | 21-10221 |
| 4501 Glencoe Blvd LA LLC | 21-10222 |
| 455 Market St SF LLC | 21-10223 |

-5-

| | |
|---|---|
| 456 Montgomery St SF LLC | 21-10224 |
| 465 California St SF LLC | 21-10225 |
| 5 Bryant Park NYC LLC | 21-10226 |
| 50 Osgood Pl SF LLC | 21-10227 |
| 505 Howard SF St LLC | 21-10228 |
| 545 5th Ave NYC LLC | 21-10229 |
| 555 Montgomery St SF LLC | 21-10230 |
| 565 Commercial St SF LLC | 21-10231 |
| 580 8th Ave NYC LLC | 21-10232 |
| 590 Fifth Ave NYC LLC | 21-10233 |
| 597 Fifth Ave NYC LLC | 21-10234 |
| 6 W 28th NYC LLC | 21-10235 |
| 60 Madison NYC LLC | 21-10236 |
| 600 Corporate Pointe LA LLC | 21-10237 |
| 649 Mission St SF LLC | 21-10238 |
| 650 Fifth Ave NYC LLC | 21-10239 |
| 71 Stevenson St SF LLC | 21-10240 |
| 750 HARRISON ST SF LLC | 21-10241 |
| 818 Mission St SF LLC | 21-10242 |
| 8590 National Blvd LA LLC | 21-10243 |
| 8690 National Blvd LA LLC | 21-10244 |
| 875 6th Ave NYC LLC | 21-10245 |
| 88 Kearny St SF LLC | 21-10246 |
| 901 Market St SF LLC | 21-10247 |
| 909 E Street DC LLC | 21-10248 |
| 909 Ocean Front Walk LA LLC | 21-10249 |
| 91 Fifth Ave NYC LLC | 21-10250 |
| Bush 225 SF LLC | 21-10251 |
| Cortlandt White NYC LLC | 21-10252 |
| Kkoin, LLC | 21-10253 |
| Knotel 1 Whitehall LLC | 21-10254 |
| Knotel 102 Madison LLC | 21-10255 |
| Knotel 105 Madison LLC | 21-10256 |
| Knotel 109 Stevenson LLC | 21-10257 |
| Knotel 11 E 44th LLC | 21-10258 |
| Knotel 110 Greene LLC | 21-10259 |
| Knotel 110 William LLC | 21-10260 |
| Knotel 114 W 26th LLC | 21-10261 |
| Knotel 12 W 21st St LLC | 21-10262 |
| Knotel 12 W 27th St LLC | 21-10263 |

| | |
|---|---|
| Knotel 121 2nd Street LLC | 21-10264 |
| Knotel 147 W 24th LLC | 21-10265 |
| Knotel 148 Lafayette LLC | 21-10266 |
| Knotel 150 Post LLC | 21-10267 |
| Knotel 1500 Broadway LLC | 21-10268 |
| Knotel 155 Fifth Ave LLC | 21-10269 |
| Knotel 156 Fifth, LLC | 21-10270 |
| Knotel 16 W 22nd LLC | 21-10271 |
| Knotel 160 Pine LLC | 21-10272 |
| Knotel 17 W 20th LLC | 21-10273 |
| Knotel 180 Howard LLC | 21-10274 |
| Knotel 200 W 41st LLC | 21-10275 |
| Knotel 2080 Addison LLC | 21-10276 |
| Knotel 211 East 43 LLC | 21-10277 |
| Knotel 213 W 35th St LLC | 21-10278 |
| Knotel 220 W 19th St LLC | 21-10279 |
| Knotel 221 Pine LLC | 21-10280 |
| Knotel 224 W 30th LLC | 21-10281 |
| Knotel 229 W 43 LLC | 21-10282 |
| Knotel 25 W 45th LLC | 21-10283 |
| Knotel 250 Hudson LLC | 21-10284 |
| Knotel 250 Hudson ST LLC | 21-10285 |
| Knotel 26 OFarrell LLC | 21-10286 |
| Knotel 26 W 17 LLC | 21-10287 |
| Knotel 261 Madison LLC | 21-10288 |
| Knotel 27 W 23rd ST LLC | 21-10289 |
| Knotel 29 W 17th LLC | 21-10290 |
| Knotel 3 E 28th LLC | 21-10291 |
| Knotel 30 Broad LLC | 21-10292 |
| Knotel 30 West 26th LLC | 21-10293 |
| Knotel 307 Fifth LLC | 21-10294 |
| Knotel 31 W 27th LLC | 21-10295 |
| Knotel 321 11th LLC | 21-10296 |
| Knotel 340 Brannan LLC | 21-10297 |
| Knotel 36 W 14th LLC | 21-10298 |
| Knotel 360 Pas LLC | 21-10299 |
| Knotel 37 W 17th LLC | 21-10300 |
| Knotel 373 Pas LLC | 21-10301 |
| Knotel 38 E 29th LLC | 21-10302 |
| Knotel 399 Lafayette LLC | 21-10303 |

| | |
|---|---|
| Knotel 40 EX LLC | 21-10304 |
| Knotel 40 Wooster LLC | 21-10305 |
| Knotel 400 Madison LLC | 21-10306 |
| Knotel 41 USW LLC | 21-10307 |
| Knotel 41 W 25 LLC | 21-10308 |
| Knotel 417 Montgomery LLC | 21-10309 |
| Knotel 419 PAS LLC | 21-10310 |
| Knotel 43 W 24th LLC | 21-10311 |
| Knotel 443 PAS LLC | 21-10312 |
| Knotel 475 Park LLC | 21-10313 |
| Knotel 49 Drumm LLC | 21-10314 |
| Knotel 5 Hanover LLC | 21-10315 |
| Knotel 5-9 USW LLC | 21-10316 |
| Knotel 521 Broadway LLC | 21-10317 |
| Knotel 530 Broadway LLC | 21-10318 |
| Knotel 530 Seventh Avenue LLC | 21-10319 |
| Knotel 54 W 21st LLC | 21-10320 |
| Knotel 54 W 22nd LLC | 21-10321 |
| Knotel 55 W 21St LLC | 21-10322 |
| Knotel 550 Montgomery LLC | 21-10323 |
| Knotel 551 Fifth Ave LLC | 21-10324 |
| Knotel 560 LEXINGTON LLC | 21-10325 |
| Knotel 575 8th Ave LLC | 21-10326 |
| Knotel 580 5th Ave LLC | 21-10327 |
| Knotel 580 Market LLC | 21-10328 |
| Knotel 584 Broadway LLC | 21-10329 |
| Knotel 598 Broadway LLC | 21-10330 |
| Knotel 6 W 48th St LLC | 21-10331 |
| Knotel 600 Townsend LLC | 21-10332 |
| Knotel 61 Broadway LLC | 21-10333 |
| Knotel 611 Mission LLC | 21-10334 |
| Knotel 615 Sacramento LLC | 21-10335 |
| Knotel 625 2nd LLC | 21-10336 |
| Knotel 655 Madison LLC | 21-10337 |
| Knotel 695 AOA LLC | 21-10338 |
| Knotel 701 Sutter LLC | 21-10339 |
| Knotel 72 Madison LLC | 21-10340 |
| Knotel 785 Market LLC | 21-10341 |
| Knotel 80 Eighth Ave LLC | 21-10342 |
| Knotel 814 Mission LLC | 21-10343 |

-8-

| | |
|---|---|
| Knotel 88 Stevenson LLC | 21-10344 |
| Knotel 90 John LLC | 21-10345 |
| Knotel 900 Broadway LLC | 21-10346 |
| Knotel 972 Mission LLC | 21-10347 |
| Knotel Battery LLC | 21-10348 |
| Knotel Blockchain Services LLC | 21-10349 |
| Knotel Flowerpot LLC | 21-10350 |
| Knotel Geometry LLC | 21-10351 |
| Knotel Platform 2017 LLC | 21-10352 |
| Knotel President LLC | 21-10353 |
| Knotel Properties LLC | 21-10354 |
| Knotel Varick LLC | 21-10355 |
| Knotel William LLC | 21-10356 |
| Paces Ferry Road ATL LLC | 21-10357 |
| Pine Street Tenant NY LLC | 21-10358 |
| Tenant 660 Mkt St SF LLC | 21-10359 |